# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JAMES BOATMAN,<br><br>    Petitioner,<br><br>v.<br><br>JEFFREY A. BEARD,<br><br>    Respondent. | Case No. ED CV 15-02271 GW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. Petitioner's objections are overruled. The citations to *Wright v. Van Patten* on pages 23 and 33 of the Report are corrected to 552 U.S. 120, 126 (2008).

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation is accepted and adopted; (2) petitioner's request for an

evidentiary hearing is denied; and (3) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED: September 1, 2017

                                                                    _____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE