# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JAMES BOATMAN,<br><br>　　　　　Petitioner,<br>　v.<br>JEFFREY A. BEARD,<br><br>　　　　　Respondent. | Case No. ED CV 15-02271 GW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 1, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE